1

2           UNITED STATES DISTRICT COURT

3           EASTERN DISTRICT OF WASHINGTON

4

5   UNITED STATES OF AMERICA,            No. 2:14-MJ-0337-JTR

6                    Plaintiff,
                                         ORDER    FOLLOWING INITIAL
7   vs.                                  APPEARANCE ON    AMENDED
                                         COMPLAINT;        DENYING
8   CHRISTOPHER    JOHN-HANDKA            MOTIONS TO DISMISS AS MOOT;
9   TEUSCHER,                            AND   GRANTING  MOTION  TO
                                         CONTINUE BAIL HEARING
10                   Defendant.

11

12   Date of hearing: 11/07/2014

13          Defendant was informed of the filing of an Amended Criminal Complaint

14   (ECF No. 21) and was advised of, and acknowledged, Defendant's rights.  The

15   Government's Motions to Dismiss the Complaint (**ECF No. 18, 20**) are **DENIED**

16   as **MOOT**.

17          Defendant, personally and through counsel, waived Defendant's right to a

18   probable cause hearing.

19          Defendant orally motioned the court for a continuance of the bail hearing

20   and hearing on the Government's Motion for Detention (ECF No. 5).  Defendant's

21   Motion to Continue (**ECF No. 23**) is **GRANTED**.  Defense counsel shall file a

22   Notice re-setting the bail hearing.  Pending the hearing, Defendant shall be

23   detained in the custody of the United States Marshal and produced for the hearing

24   or until further order of the court.

25          DATED November 7, 2014.

26

27                          s/James P. Hutton
                            JAMES P. HUTTON
28                  UNITED STATES MAGISTRATE JUDGE

ORDER - 1